Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Black, Campbell, Case, Bodine, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.

KATHERINE BARNEY, RESPONDENT, v. HUDSON AND MANHATTAN RAILROAD COMPANY, APPELLANT.

Submitted May 31, 1929—Decided February 3, 1930.

For the respondent, *Jacob Feinberg* and *David Berman*.

For the appellant, *Collins & Corbin*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Black, Campbell, Case, Bodine, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.